JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:22-cv-09390-MEMF-AFMx                              Date: July 3, 2023

Title  *Jie Huang v. Alejandro Mayorkas, et al.*

---

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Kelly David | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Minutes Order Addressing Dismissal for Failure to Prosecute**

On April 4, 2023, this Court ordered Plaintiffs to show cause in writing, by April 28, 2023, why this case should not be dismissed for lack of prosecution. ECF No. 9 ("OSC"). To date, Plaintiffs have not complied with this order.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

|  | : |
|---|---|
| **Initials of Preparer** | KD |